IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00857-RPM-CBS

PATRICIA RODRIGUEZ,

    Plaintiff,

v.

WET INK, LLC, d/b/a WET INK and
a/k/a WET INK, CORPORATION,

    Defendant.

---

ORDER MODIFYING ORDER OF REFERENCE DATED APRIL 29, 2008

---

    After review of the case file and pending motions to dismiss, it is

    ORDERED that the defendant's Motion to Dismiss Claims as Time Barred, filed May 19, 2008 [8] and defendant's Motion to Dismiss for Lack of Subject matter Jurisdiction, filed May 19, 2008 [7] will be determined by the Court.

    DATED: June 12th, 2008

                                              BY THE COURT:

                                              s/ Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge