IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00857-RPM-CBS

PATRICIA RODRIGUEZ,

    Plaintiff,

v.

WET INK, LLC d/b/a ALPHAGRAPHICS and
a/k/a WET INK, CORPORATION,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the hearing held today on the defendant's motions to dismiss, which the Court deemed motions for summary judgment, the Court finds and concludes that it is undisputed that Patricia Rodriguez filed a charge of discrimination simultaneously with the Colorado Civil Rights Division and the Equal Employment Opportunity Commission on November 29, 2006, alleging that she was terminated from her employment in violation of Title VII of the Civil Rights Act of 1964, as amended, in that she was subjected to sexual harassment and gender and national origin harassment and discrimination. The CCRD investigated the charge and after unsuccessful mediation issued a notice of right to Sue on November 28, 2007. Ms. Rodriguez filed a demand for arbitration on February 23, 2008, pursuant to an arbitration clause in an employee handbook. On April 3, 2008, Ms. Rodriguez withdrew her arbitration demand and filed this civil action under Title VII on April 25, 2008. The EEOC took no action on

the charge of discrimination. It issued a notice of right to sue on January 29, 2008, noting that the notice was requested.

The defendant seeks dismissal for the failure of the plaintiff to file this civil action within 90 days after receipt of the notice of right to sue issued by the Colorado Civil Rights Division. At oral argument, plaintiff's counsel contended that the CCRD notice only pertained to state law discrimination charges and that the time for filing this action under Title VII did not begin to run until the EEOC letter was issued. That agument is without merit. This action should have been filed within 90 days from the CCRD notice and because it was not and the EEOC notice has no legal significance in the matter, it is

ORDERED that this civil action is time barred and dismissed.

Dated: July 30th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge