IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00857-RPM-CBS

PATRICIA RODRIGUEZ,

    Plaintiff,

v.

WET INK, LLC d/b/a ALPHAGRAPHICS and
a/k/a WET INK, CORPORATION,

    Defendant.

_____

ORDER OF RECUSAL
_____

    The Mandate from the Tenth Circuit Court of Appeals was received on May 18, 2010. The judgment of that court entered April 26, 2010, and the opinion of that date reversed this Court's order of dismissal and remanded for further proceedings. Upon reflection after review of the record in this case, it is my conclusion that my impartiality might reasonably be questioned in this matter and it is therefore, pursuant to 28 U.S.C. § 455(a),

    ORDERED that I disqualify myself from further proceedings in this matter and direct the Clerk to reassign this civil action by draw.

    Dated: May 26th, 2010

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge