IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00857-MSK-CBS

PATRICIA RODRIGUEZ,

    Plaintiff,

v.

WET INK, LLC d/b/a ALPHAGRAPHICS and
a/k/a WET INK, CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Plaintiff's Unopposed Motion to Amend Responses to Request for Admissions (*doc # 63*) filed May 16, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, provided that Plaintiff shall serve her Amended Responses to Defendant's Request for Admission on or before **May 23, 2011**.

**DATED:**     May 18, 2011