\ **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                          Date:  August 3, 2012
Court Reporter:    Terri Lindblom

Civil Action No. 12-cv-00857-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| PATRICIA RODRIGUEZ, | Susan Hahn |
| Plaintiff, | |
| v. | |
| WET INK, LLC., d/b/a Alphagraphics, ak/a Wet Ink, Corporation. | Colin Moriarty |
| Defendant. | |

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**3:09 p.m.    Court in session.**

Parties are not required to be present. Edward Rothschild is present on behalf of defendant.

The Court addresses the revised Final Pretrial Order.

The Court addresses setting the matter for trial and time needed.

The Court addresses the trial process and any questions from counsel.

**ORDER:**    Jury Trial (5 days) is set to commence on **January 7, 2013 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, CO. All subsequent days of trial will begin at 8:30 a.m. unless counsel are advised otherwise.

**ORDER:**     Pertinent to trial process: Each side is allotted 10.5 hours to use however they wish (openings/closing, evidence presentation).  The time will be tracked on the chess clock by the Courtroom Deputy.

**ORDER:**      The witnesses, Dallas Shelton and James Lovato will be excluded from testifying at trial  unless they are subpoenaed no later than **September 15, 2012.**  If they are effectively placed under subpoena by the plaintiff by that time, a copy of the subpoena and the  return of service will be provided to defense counsel.  If they are subpoenaed, they will be made available for deposition to  be conducted no later than **October 31.**  If they do not appear  for deposition for any reason, they will not be allowed to  testify.  No costs will be awarded.

**ORDER:**     Defendants' Motion in *Limine* (**Doc. #92**) is **GRANTED in part and DENIED in part** in accordance with the Court's oral order.

**3:26 p.m.**     **Court in recess.**

**Total Time:   17 minutes.**
**Hearing concluded.**