**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 8, 2013 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 08-cv-00857-MSK-CBS

| *Parties*: | *Counsel*: |
|---|---|
| PATRICIA RODRIGUEZ, | Susan Hahn |
| Plaintiff, | |
| v. | |
| WET INK, LLC, d/b/a ALPAHAGRAPHICS, a/k/a WET INK CORPORATION, | Colin Moriarty Joanne Underhill |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Jury Trial Day 1

**1:37 p.m.      Court in session**

The Court address preliminary matters with counsel.

The parties request a sequestration order.

**ORDER:**      Sequestration order is entered and posted on the Courtroom doors.

1:50 p.m.      Jury panel present.

Court's preliminary comments.

Jurors sworn for *voir dire*.

*Voir dire* by the Court.

**3:21 p.m.      Court in recess
3:37 p.m.      Court in session**

Counsel exercise their challenges.

Jurors sworn to try the case.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Introductory jury instructions given by the Court.

4:26 p.m.         Jury excused for the day.

Trial will resume at 10:00 a.m tomorrow.

The Court addresses evidentiary issues with counsel.

Argument.

**ORDER:**     Defendant's Motion In Limine To Exclude Testimony of Ms. Shelton (**#114**) is **DENIED**.

Ruling is deferred on Defendant's Motion in Limine to Exclude Evidence of Other "Bad Acts" (**Doc. #113**).

**5:13 p.m.         Court in recess**

**Total Time:     3 hours 7 minutes**
**Trial continued.**